Terry Eugene CURETON, Petitioner—
Appellant,

v.

John J. LAMANNA, Respondent—
Appellee.

No. 06–7066.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2006.

Decided: Sept. 1, 2006.

Terry Eugene Cureton, Appellant Pro
Se.

Before KING, SHEDD, and DUNCAN,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Terry Eugene Cureton seeks to appeal
the district court's orders dismissing his 28
U.S.C. § 2254 (2000) petition and denying
reconsideration. The orders are not ap-
pealable unless a circuit justice or judge
issues a certificate of appealability. 28
U.S.C. § 2253(c)(1) (2000). A certificate of
appealability will not issue absent "a sub-
stantial showing of the denial of a constitu-
tional right." 28 U.S.C. § 2253(c)(2)
(2000). A prisoner satisfies this standard
by demonstrating that reasonable jurists
would find that any assessment of the
constitutional claims by the district court
is debatable or wrong and that any disposi-

tive procedural ruling by the district court
is likewise debatable. *Miller–El v. Cock-
rell,* 537 U.S. 322, 336–38, 123 S.Ct. 1029,
154 L.Ed.2d 931 (2003); *Slack v. McDan-
iel,* 529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683–84 (4th Cir.2001). We have inde-
pendently reviewed the record and con-
clude that Cureton has not made the req-
uisite showing. Accordingly, we deny
Cureton's motion for a certificate of ap-
pealability and dismiss the appeal. We
dispense with oral argument because the
facts and legal contentions are adequately
presented in the materials before the court
and argument would not aid the decisional
process.

*DISMISSED*